# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.: 20-81305-CV-ROSENBERG
## (CASE NO.: 11-80005-CR-ROSENBERG)
## MAGISTRATE JUDGE REID

GARY FINKLEA,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

## REPORT OF MAGISTRATE JUDGE

Movant has filed a *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255 asserting a claim under *Rehaif v. United States*, 139 S. Ct. 2191 (2019). [Cv-ECF No. 1]. The Motion should be dismissed as an unauthorized successive motion to vacate, which this Court lacks jurisdiction over.

In July 2011, Movant was sentenced to 180 months' imprisonment following his guilty plea to the offense of felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). [Cr-ECF No. 34; Cr-ECF No. 44 at 4].[1] The Eleventh Circuit affirmed his sentence. [Cr-ECF No. 44 at 4]. Movant filed a previous § 2255 motion, which the court denied on the merits. Order Adopting Magistrate's Report and

---

[1] All page citations for ECF entries refer to the page-stamp number located at the top, right-hand corner of the page.

Recommendation, *Finklea v. United States*, Case No. 16-80783-CV-ROSENBERG (S.D. Fla. June 21, 2016), ECF No. 8.

Here, Movant seeks to challenge his federal conviction in the same criminal case. [ECF No. 1]. However, "[b]efore presenting a second or successive motion, the moving party must obtain an order from the appropriate court of appeals authorizing the district court to consider the motion, as required by 28 U.S.C. § 2255, para. 8." Rules Governing § 2255 Proceedings, R. 9. No authorization has been granted in this case. Accordingly, the Court lacks jurisdiction to decide this case absent such an authorization from the United States Court of Appeals for the Eleventh Circuit. *See Gonzalez v. Sec'y. for the Dep't. of Corr.*, 366 F.3d 1253, 1297-98 (11th Cir. 2004).

Accordingly, the § 2255 Motion [Cv-ECF No. 1] should be **DISMISSED**, no certificate of appealability should issue, and the case should be **CLOSED**.

Objections to this report may be filed with the district judge within fourteen days of receipt of a copy of the report. Failure to file timely objections shall bar movant from a *de novo* determination by the district judge of an issue covered in this report and shall bar the parties from attacking on appeal factual findings accepted or adopted by the district judge except upon grounds of plain error or manifest injustice. *See* 28 U.S.C. § 636(b)(1); *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985).

**SIGNED** this 2nd day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

cc: **Gary Finklea**
96181-004
Williamsburg
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 340
Salters, SC 29590
*PRO SE*

Noticing 2255 US Attorney
Email: usafls-2255@usdoj.gov